IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY LACKRO, et al. | : | CIVIL ACTION |
| | : | NO. 10-940 |
| Plaintiffs, | : | |
| v. | : | |
| GARY KAO, et al. | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **8th** day of **October, 2010,** it is hereby **ORDERED** that Defendant-Kao's motion to dismiss (doc. no. 36) is **GRANTED**. Defendant-Kao is therefore dismissed as a party;

It is hereby further **ORDERED** that Defendant-Kao's motion for leave to file a reply brief (doc. no. 38) is **GRANTED;**

It is hereby further **ORDERED** that Plaintiff's motion for leave to file a surreply (doc. no. 39) is **GRANTED.**

**AND IT IS SO ORDERED.**

       S/Eduardo C. Robreno
       **EDUARDO C. ROBRENO, J.**